No. 797. SHAFER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Wilson K. Barnes* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States.

No. 798. STONE ET AL. *v.* HUFFSTUTLER, REFEREE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Ward R. Burke* for petitioners.

No. 812. SINCERBEAUX *v.* HANLON, COMMISSIONER OF PUBLIC SAFETY OF WHITE PLAINS, NEW YORK. Court of Appeals of New York. Certiorari denied. *Charles D. Lewis* and *Frederick J. Ludwig* for petitioner. *William McKinley* and *Vincent Del Tufo* for respondent.

No. 814. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Henry Hammer* and *Henry H. Edens* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 892. ADAMS *v.* LUCY ET AL. C. A. 5th Cir. Certiorari denied. *Frontis H. Moore* and *Andrew J. Thomas* for petitioner. *Thurgood Marshall, Constance Baker Motley* and *Arthur D. Shores* for respondents.

No. 691. UNITED STATES *v.* ANASTASIO, ALIAS ANASTASIA. C. A. 3d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle*